THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel:   (415) 315-6300
Fax:   (415) 315-6350

HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel:   (617) 951-7606
Fax:   (617) 235-0215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK TURANO, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT AMERICA, INC., <br><br> Defendants. | Case No.   4:11-cv-02206-SC <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** <br><br> Judge: Hon. Samuel Conti |

WHEREAS, defendants Sony Corporation of America ("SCA"), Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.) and

Sony Network Entertainment America, Inc. ("SNEA"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25) putative class action lawsuits within this District, to date;

WHEREAS, certain of the Sony Defendants have also been named as defendants in at least nineteen (19) putative class action lawsuits pending outside this District, to date;

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011;

WHEREAS, the current deadline for SCEA and SNEA respond to the Complaint is June 1, 2011;

WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

///

1  Either party may seek ex parte relief from this stipulated Order for good cause shown,
2  including, but not limited to, Defendants' filing of a responsive pleading in a related case.

3

4  Dated: May 24, 2011               JEFF S. WESTERMAN
                                      DAVID E. AZAR
5                                     MILBERG LLP

6                                     By:   /s/ David E. Azar /s/ [as authorized]
                                            David E. Azar
7                                           Attorneys for Plaintiff
                                            FRANK TURANO
8

9  Dated: May 24, 2011               HARVEY WOLKOFF
                                      THAD A. DAVIS
10                                    ROCKY C. TSAI
                                      ROPES & GRAY LLP
11
                                      By:   /s/ Rocky C. Tsai /s/
12                                          Rocky C. Tsai

13                                    Attorneys for Defendants
                                      SONY CORPORATION OF AMERICA,
14                                    SONY COMPUTER
                                      ENTERTAINMENT AMERICA LLC,
15                                    and SONY NETWORK
                                      ENTERTAINMENT AMERICA, INC.

16                           [~~PROPOSED~~] ORDER

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19  Dated: May 26, 2011               By: _____
20                                        U.S. District Judge
                                          Judge Samuel Conti
21

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti)